| PROB 22 (Rev. 2/88) | | CASE NUMBER(TRANS.COURT) 3:02-CR-197-D (01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED IN CLERKS OFFICE 2005 FEB -4 P 2:52 BY AT FITCHBURG MASS | CASE NUMBER (REC.COURT) 05-10045 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE William Marvin Thompson 93 Bacon Street Winchester, MA 10890 | DISTRICT Northern District of Texas | DIVISION Dallas |
|---|---|---|
| | NAME OF SENTENCING JUDGE U. S. District Judge Sidney A. Fitzwater | |
| | DATES OF SUPERVISED RELEASE | FROM October 13, 2004 | TO October 12, 2007 |

OFFENSE
Felon in Possession of a Firearm, in violation of 18 USC §§ 922(g)(1) & 924 (a)(2).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Texas__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 10, 2005_
   Date

_[signature]_
   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Massachusetts__

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Feb 16, 2005_
   Effective Date

_William G. Young_
   United States District Judge