AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

William Thompson

**WARRANT FOR ARREST**

Case Number: 05CR10045-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  <u>WILLIAM THOMPSON</u>
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her    (brief description of offense)

SEE PETITION FOR WARRANT FOR DETAILS.

in violation of Title _____ United States Code, Section(s) _____

<u>Maryellen Molloy</u>
Name of Issuing Officer

<u>Deputy Clerk</u>
Title of Issuing Officer

_____
Signature of Issuing Officer

<u>5/8/07 Boston, MA</u>
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |