

FILED
IN CLERKS OFFICE

2007 OCT 18  P 12: 03

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
**SOUTHERN DISTRICT OF TEXAS** DISTRICT OF MASS.
OFFICE OF THE CLERK

| | |
|---|---|
| MICHAEL N. MILBY | POST OFFICE BOX 61010 |
| CLERK | HOUSTON, TEXAS 77208 |

DATE:   October 15, 2007

TO:   Office of the Clerk
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

FROM:   Alisha Maly, Deputy Clerk

Case No. CR-H-07-907M

Your Case No.: ~~03cr10045~~   05-CR-10045-NG

USA vs. William Thompson

Enclosed please find all papers pursuant to Rule 5 of the Federal Rule of Criminal Procedure:

[X]   File (including minutes, orders, etc.)

[ ]   Bonds (any cash deposit in the Registry will be forwarded under separate cover)

[ ]   Passports:

[ ]   Other:

[ ]   Please sign and return a copy of this form in the enclosed envelope.

Rec'd by: _____   Date _____

CLOSED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CRIMINAL DOCKET FOR CASE #: 4:07-mj-00907 All Defendants**
**Internal Use Only**

FILED
IN CLERKS OFFICE
2007 OCT 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case title: USA v. Thompson
Other court case number: 05cr10045 District of Massachusetts, Boston Division

Date Filed: 10/10/2007
Date Terminated: 10/15/2007

Assigned to: Magistrate Judge Mary Milloy

### Defendant

**William Thompson (1)**
*TERMINATED: 10/15/2007*

represented by **Federal Public Defender**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2007 | 1 | Copy of Petition for Warrant for Offender Under Supervision filed in the District of Massachusetts as to William Thompson, filed. Case number: 05cr10045. (amaly, ) (Entered: 10/10/2007) |
| 10/10/2007 | 2 | Minute Entry for proceedings held before Judge Mary Milloy : INITIAL APPEARANCE as to William Thompson, (Deft informed of rights) held on 10/10/2007. Financial Affidavit executed on the record. Order appointing Federal Public Defender entered. Appearances:Tom Meehan, Samy Khalil.(ERO:yes) (Interpreter:no), filed.(amaly, ) (Entered: 10/11/2007) |
| 10/10/2007 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender for William Thompson ( Signed by Judge Mary Milloy ) Parties notified. (amaly, ) (Entered: 10/11/2007) |
| 10/10/2007 | 4 | WAIVER of Rule 5 & 5.1 Hearings by William Thompson, filed. (amaly, ) (Entered: 10/11/2007) |
| 10/10/2007 | 5 | COMMITMENT TO ANOTHER DISTRICT as to William Thompson. Defendant committed to District of Massachusetts, Boston Division ( Signed by Judge Mary Milloy ) Parties notified. (amaly, ) (Entered: 10/11/2007) |
| 10/15/2007 | 6 | RULE 5 Papers sent to District of Massachusetts, Boston Division as to William Thompson, filed.(amaly, ) (Entered: 10/15/2007) |
| 10/15/2007 |  | (Court only) ***Case Terminated as to William Thompson (amaly, ) (Entered: 10/15/2007) |

Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William Thompson  **Case Number:** 05 CR 10045

**Name of Sentencing Judicial Officer:** Sidney A. Fitzwater (ND/TX); jurisdiction transferred to D/MA on 2/16/05 and unassigned.

H-07-907 M

10/10/07
MM

**Date of Original Sentence:** 12/2/02

**Original Offense:** Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1)

**Original Sentence:** 33 months imprisonment followed by 36 months supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 10/13/04

**Asst. U.S. Attorney:** To be assigned    **Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition:** The defendant shall not commit another federal, state or local crime. |

On 3/10/06, William Thompson was arrested by the Everett Police Department during an undercover sting operation targeting prostitution. During the police operation, Thompson approached an undercover female officer posing as a prostitute and offered to pay her money in exchange for sexual acts. In doing so, Thompson was placed under arrest by nearby officers monitoring the conversation. During the arrest, police searched Thompson's vehicle and located a small packet containing cocaine. On 3/13/06, Thompson appeared in Malden District Court (Docket No: 06 CR 000812) for arraignment and the matter was continued for further proceedings. Thompson was released on personal recognizance pending adjudication. On 2/28/07, Thompson entered a guilty plea on the aforementioned charges and the matter was continued without a finding to 12/14/07.

| | |
|---|---|
| II | **Violation of Mandatory Condition:** The defendant shall not commit another federal, state or local crime. |

On 3/31/07, William Thompson was arrested by officers with the Eastham, MA, Police Department and charged with Operating Under the Influence. Information taken from the police report indicates that at 9:30PM, officers on northbound patrol on Route 6 observed a silver Ford SUV traveling at a high rate of speed. The vehicle was clocked by radar traveling 58MPH. When the police cruiser initiated pursuit, the vehicle accelerated to 65 to

William Thompson  
Prob 12C
-2-
Petition and Affidavit for Warrant or Summons  
for Offender Under Supervision

70 MPH. The vehicle was observed to be swerving and crossing over the lanes and yellow lines in the road. When the police activated their vehicle lights, the driver of the Ford brought the vehicle to a stop along the side of the road. The officers made contact with the vehicle operator and requested that he produce his license and vehicle registration. The driver was observed to have glassy, watery eyes and they could detect a strong odor of alcohol. The driver, identified as William Thompson, was then ordered out of the vehicle by the police. Thompson exited his vehicle and was very unsteady on his feet. The officers then lead Thompson through a series of field sobriety tests involving number counting, the alphabet and hand and foot coordination. Thompson failed all of these tests and was subsequently placed under arrest for driving under the influence of alcohol. A subsequent breathalyzer examination revealed a blood alcohol level of 0.17.

On 4/2/07, Thompson appeared in Orleans District Court, Docket No: 07 CR 000593 for arraignment. He was ordered held on a parole violation warrant issued by the Texas Department of Corrections and the matter was continued to 4/17/07 for further proceedings. Presently, Thompson is being held at the Barnstable House of Correction in Bourne, MA.

III    **Violation of Standard Condition # 7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use distribute or administer any narcotic or controlled substance or any paraphernalia related to such substances except as prescribed by a physician.**

    A.    On 3/15/06, William Thompson reported to the U.S. Probation Office in Boston, MA, and submitted a urine specimen which tested positive for cocaine. Thompson admitted to the use of cocaine at the time.

    B.    On 3/28/06, William Thompson submitted a urine specimen to the U.S. Probation Officer during a home visit which tested positive for the presence of cocaine and heroin. Thompson admitted to using these drugs within the last two days.

    C.    On 12/19/06, the U.S. Probation Officer met with William Thompson at his residence, at which time, Thompson self reported that he used cocaine on 12/18/06. He further reported that he used cocaine a couple of weeks prior to that incident.

IV    **Violation of Special Condition: The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. It is ordered that the defendant contribute to the costs of services rendered (co-payment) at a rate of at least $10 per month.**

In accordance with his special condition for substance abuse testing, William Thompson was placed on the office's drug testing color code program. On 3/30/07, Thompson failed to report for urinalysis testing at the U.S. Probation Office in Boston, MA. Additionally, Thompson failed to contact the U.S. Probation Officer to advise of his reasons regarding his failure to report.

William Thompson
Prob 12C

-3-

Petition and Affidavit for Warrant or Summons
for Offender Under Supervision

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- [X] Revoked
- [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:

_____
Joseph F. LaPratta
Supervising U.S. Probation Officer

Respectfully submitted,

By _____
Paul C. Prevey
Senior U.S. Probation Officer
Date: 4/9/07

**THE COURT ORDERS**
- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

_____
Signature of Judicial Officer

5/9/07
Date

| COURTROOM MINUTES: | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| [X] INITIAL APPEARANCE | [ ] RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| [ ] DETENTION HEARING | [ ] COUNSEL DETERMINATION HEARING | FILED |
| [ ] PRELIMINARY HEARING | [ ] BOND HEARING | 10/10/07 |
| [ ] HEARING CONTINUED ON _____ | | MICHAEL N. MILBY, Clerk |

THE HONORABLE MARY MILLOY, Presiding, Courtroom 701   OPEN: 10:35  ADJOURN: 10:58
Case Manager: Cindy Jantowski       RECESS FROM: ___ TO: ___
ERO: B. LASWELL         [X] Other District OF MASSACHUSETTS
Pretrial Services Officer: Cynthia Moreno    [X] Other Division 05-CR-10045
                Case No.

INTERPRETER REQUIRED: [X] No  [ ] Yes, Name: _____

Criminal No. 07-907M   Defendant No. ___   USDJ ___

UNITED STATES OF AMERICA                TOM MEEHAN, AUSA
vs
WILLIAM THOMPSON §
_____ §
_____ §
_____ §
_____ §
                Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: _____ or [ ] karsr40
- [X] Deft first appearance. Deft advised of rights/charges [ ] SRT/Probation violator [ ] Pretrial Release Violator
- [ ] Deft first appearance with counsel.
- [X] Deft _____ appeared [ ] with [X] without counsel.
- [ ] Requests appointed counsel. on the record
- [X] FINANCIAL AFFIDAVIT executed.  [ ] Court orders defendant to pay $___ to CJA Fund
- [X] Order appointing Federal Public Defender. (SAMY KHALIL present)
- [ ] Private Counsel appointed, _____
- [ ] Deft advises he/she will retain counsel. He/she retained _____
- [ ] Bond [ ] set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Bond [ ] revoked [ ] reinstated.
- [ ] Deft advised of conditions of release.
- [ ] Surety signatures required _____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [X] ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Court finds [X] IDENTITY [ ] Probable Cause.
- [ ] BOND EXECUTED and defendant released.
- [X] Deft REMANDED to CUSTODY. [X] Deft ORDERED REMOVED to Originating District.
- [X] WAIVER of [ ] Preliminary [X] Identity [ ] Detention Hearing [ ] Detention Hearing in this district [ ] State Custody
- [ ] Arraignment set _____  [ ] Detention Hearing set _____
- [ ] Preliminary set _____   [ ] Counsel Determination Hearing set _____
- [ ] Identity/Removal Hearing set _____
- [ ] Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
versus § CRIMINAL CASE H- 07-907M
§
WILLIAM THOMPSON §
§
Defendant. §

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
10/10/07
MICHAEL N. MILBY, CLERK
BY DEPUTY

## Order Appointing Counsel

Because the defendant has satisfied this court that he cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him.

Signed 10/10/07, at Houston, Texas.

Mary Milloy
United States Magistrate Judge

By Order of the Court

_____
Deputy Clerk

10/10/07
Date

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___Texas___

UNITED STATES OF AMERICA

V.

William Thompson

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: H-07-907M

CHARGING DISTRICT'S
CASE NUMBER: 05-CR-10045

I, William Thompson, understand that in the _____ District of Massachusetts charges are pending alleging violation of Supervised Release and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charges and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( )   identity hearing

( )   preliminary examination, and waive my right to have this hearing take place within 10 days of this date

( ) ✓ identity hearing and have been informed I have no right to a preliminary examination

(✓)   identity hearing but request a preliminary examination be held in the prosecuting district

( )   invoke my right to have a hearing on the government's motion for detention but ask that it be held in the prosecuting district. I understand that this request may result in a delay of that hearing and I ask the court to find that good cause exists to extend the time allowed for that hearing.

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

10/10/07                                                   _____
Date                                                        Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

## UNITED STATES DISTRICT COURT

**Southern** District of **TEXAS**

UNITED STATES OF AMERICA
v.
**WILLIAM THOMPSON**

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 05-CR-10045 | | 07-907M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☐ Complaint   ☑ Other (specify) **Supervised release**

charging a violation of **Supervised release** U.S.C. §

**DISTRICT OF OFFENSE**: DISTRICT OF MASSACHUSETTS

**DESCRIPTION OF CHARGES:** VIOLATION: Commit Federal/State Crime
Refrain from excessive use of Alcohol
Failure to Participate Drug/Alcohol Treatment

**CURRENT BOND STATUS:**
☐ Bail fixed at $ _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**  ☑ No   ☐ Yes   Language:

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**10-10-07**
Date                                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |