AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 OCT 25 P 1: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

William Thompson

**WARRANT FOR ARREST**

Case Number:  05CR10045-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __WILLIAM THOMPSON__
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her      (brief description of offense)

SEE PETITION FOR WARRANT FOR DETAILS.

in violation of _____ United States Code, Section(s) _____

Maryellen Molloy                                              Deputy Clerk
Name of Issuing Officer                                    Title of Issuing Officer

*M. Molloy* (signature)                                   5/8/07 Boston, MA
Signature of Issuing Officer                             Date and Location

Bail fixed at $ _____   by _____
                                                              Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

WARRANT EXECUTED BY USMS 5/YX
ARRAIGNMENT OF THE
DEFENDANT ON 10/10/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |