Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** William Thompson          **Case Number:** 05 CR 10045

**Name of Sentencing Judicial Officer:** Honorable Nancy Gertner, U.S. District Judge

**Date of Original Sentence:** 12/5/2002
**Date of Revocation Sentence:** 11/13/2007

**Original Offense:** Felon in Possession of Firearm, in violation of 18 U.S.C. § 922 (g)(1)

**Original Sentence:** 33 months' imprisonment followed by 36 months' supervised release
**Revocation Sentence:** Time served (8 months) followed by 24 months' supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 10/13/2004
                                                     **Date Supervision Recommenced:** 11/13/2007

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The defendant shall remain at Coolidge House for a period of time not to extend beyond July 1, 2008**

### CAUSE

Presently, Mr. Thompson has no viable place to live upon completion of Coolidge House at the end of May. As such, he is seeking an extension at Coolidge House until he can develop a suitable residence

Reviewed/Approved by:                              Respectfully submitted,

*John A. Marshall (PCP)*                    By     *Paul C. Prevey*
John G. Marshall                                   Paul C. Prevey
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   Date: 5/12/2008

## THE COURT ORDERS
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

/s/ NANCY GERTNER
Signature of Judicial Officer

May 14, 2008
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall remain at Coolidge House for a period of time not to extend beyond July 1, 2008.**

Witness: *Paul C. Prevey*
Paul C. Prevey
U.S. Probation Officer

Signed: *William Thompson*
William Thompson
Probationer or Supervised Releasee

4/25/08
DATE